JS - 6/ENTER

FILED
FEB - 4 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL JIMENEZ,  )  Case No. CV 10-1208-SVW (MLG)
    Petitioner,  )
                      )  JUDGMENT
    v.  )
KEN CLARK, WARDEN,  )
    Respondent.  )

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: February 2, 2011

Stephen V. Wilson
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
FEB - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY